# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

POWER PAPER, LTD,

          Plaintiff,


v.                              **ORDER**
                                Civil File No. 07-2341 (MJD/AJB)


PEMSTAR, INC,

          Defendant.

_____

This matter is before the Court on Plaintiff Power Paper, Ltd.'s letter request to enlarge the word limit for its opposition to Defendant's Pemstar, Inc.'s Motion for Summary Judgment. [Docket No. 70] The Court has reviewed the request and the record in this case, including Defendant's memorandum in support of its motion, which does fall well within with the word limit found in the Local Rules. The Court concludes that there is no basis for granting Plaintiff's request in this case.

**IT IS HEREBY ORDERED** that:

Plaintiff Power Paper, Ltd.'s letter request to enlarge the page limit for its opposition to Defendant's Pemstar, Inc.'s Motion for Summary Judgment

[Docket No. 70] is **DENIED**.


Dated:   June 27, 2010                    s/ Michael J. Davis
                                          Michael J. Davis
                                          Chief Judge
                                          United States District Court