UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

POWER PAPER, LTD.,

    Plaintiff,

v.                                               **ORDER**
                                                 Civil File No. 07-2341 (MJD/AJB)

PEMSTAR, INC.,

    Defendant.

**IT IS HEREBY ORDERED**:

Due to conflicts on the Court's calendar, the trial on this matter has been moved to September 12, 2011. An amended pretrial order will follow.

Dated:   March 14, 2011           s/ Michael J. Davis
                                  Michael J. Davis
                                  Chief Judge
                                  United States District Court