UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

POWER PAPER, LTD.,

      Plaintiff,

v.                             **ORDER**
                               Civil File No. 07-2341 (MJD/AJB)

PEMSTAR, INC.,

      Defendant.

This matter is before the Court on Plaintiff's objections to the deposition testimony designated for witness Donna Patrissi. The Court has reviewed the deposition transcript and the objections and rules as follows.

Based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

    1. Plaintiff's objections to the deposition testimony of Donna Patrissi (98:6-19; 98:24-99:12) are **OVERRULED**.

1

2. Plaintiff may use the counter designations indicated (164:18-165:4; 226:8-18).

Dated: September 19, 2011        s/Michael J. Davis
                                                     Michael J. Davis
                                                     Chief Judge
                                                     United States District Court