## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

POWER PAPER, LTD.,

        Plaintiff,

v.                                                    **ORDER**
                                                      Civil File No. 07-2341 (MJD/AJB)

PEMSTAR, INC.,

        Defendant.

This matter is before the Court on Plaintiff's further objections to the deposition testimony designated for witness Donna Patrissi.  The Court has reviewed the deposition transcript and the objections and rules as follows.

Based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. Plaintiff's objections to the deposition testimony of Donna Patrissi (101:14-103:9) are **OVERRULED**.

1

2.  Plaintiff may use the counter designations 165:5-24 and 181:10-12. Plaintiff may not use the counter designation 210:14-211:9.

3.  Plaintiff's objection to the deposition testimony of Donna Patrissi (137:5-11) is **SUSTAINED**.


Dated:   September 20, 2011          s/ Michael J. Davis
                                     Michael J. Davis
                                     Chief Judge
                                     United States District Court